IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAMON REED**  **PLAINTIFF**

v.  Case No.: 4:20-cv-01111-LPR

**CITY OF CONWAY, ARKANSAS,** *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of Defendants on all federal claims against them. Plaintiff's state law claims are dismissed without prejudice.

IT IS SO ADJUDGED this 24th day of August 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE